2017-2019 Carjacking Articles

St. Louis Post-Dispatch

https://www.stltoday.com/news/local/crime-and-courts/man-is-shot-carjacked-in-benton-park-west-neighborhood/article_392024c3-8a2b-5a4b-93cc-6b882d36a6ad.html

https://www.stltoday.com/news/local/crime-and-courts/carjacking-suspect-fatally-shot-by-st-louis-police-near-schnucks/article_3ee12990-bdea-5989-a141-4ceef83b18b1.html

https://www.stltoday.com/news/local/crime-and-courts/woman-carjacked-on-interstate-exit-ramp-in-st-louis/article_b4e7935b-4394-50dd-b5d3-b71ffaead577.html

https://www.stltoday.com/news/police-identify-two-killed-in-apparent-carjacking-attempt-in-kinloch/article_14fcbfb3-6aa5-5bdc-99bc-98e58a4efe30.html

https://www.stltoday.com/news/local/crime-and-courts/carjacker-pulls-driver-from-porsche-in-st-louis-flees-in/article_8481ad9e-d062-57b2-941a-24d41ad95ca3.html

https://www.stltoday.com/news/local/crime-and-courts/give-it-or-die-carjacking-suspects-from-illinois-charged-in/article_7b373160-1cfb-5bea-b884-06b2e5b709ec.html

https://www.stltoday.com/news/local/crime-and-courts/boy-is-found-shot-in-the-head-minutes-after-carjacking/article_a64b5131-6991-509d-9120-80193f11311f.html

https://www.stltoday.com/news/local/crime-and-courts/vehicle-carjacked-from-st-louis-gas-station-found-overturned-after/article_819085bf-d5bd-5d76-8e6d-fd802d44d740.html

https://www.stltoday.com/news/local/crime-and-courts/passenger-gets-a-ride-into-st-louis-then-carjacks-driver/article_b721e2bc-bb7e-595c-8e7b-0ad926ee37d3.html

https://www.stltoday.com/opinion/mailbag/shooting-victim-shows-strength-to-give-and-forgive/article_ecd6cce5-f8df-5937-a14b-a8d7617e36e7.html

https://www.stltoday.com/news/local/crime-and-courts/man-found-guilty-of-carjacking-maryland-heights-woman-who-stopped/article_8a98f0ee-cb4d-53e6-8eff-ffd0cde1e2fc.html

https://www.stltoday.com/news/local/crime-and-courts/two-charged-in-armed-carjacking-police-pursuit-in-spanish-lake/article_3aa15388-4e21-5fc6-aeca-7a8d55a7058a.html

https://www.stltoday.com/news/local/crime-and-courts/year-old-man-fights-off-st-louis-carjackers-by-slamming/article_1a14a123-abda-54fc-ab5f-8386d04e6d02.html

https://www.stltoday.com/news/local/crime-and-courts/year-old-man-fights-off-st-louis-carjackers-by-slamming/article_1a14a123-abda-54fc-ab5f-8386d04e6d02.html

https://www.stltoday.com/news/local/crime-and-courts/feds-indict-pair-in-deadly-downtown-carjacking-that-killed-gus/article_1214a286-bceb-5056-b15d-558316fd2733.html

https://www.stltoday.com/news/local/crime-and-courts/i-m-going-to-expletive-kill-you-teacher-carjacked-outside/article_53ee2a3e-28b3-5078-bbda-116a37f78768.html


DEFENDANT'S EXHIBIT
B
Blumberg No. 5114

https://www.stltoday.com/news/local/crime-and-courts/i-m-going-to-expletive-kill-you-teacher-carjacked-outside/article_53ee2a3e-28b3-5078-bbda-116a37f78768.html

https://www.stltoday.com/news/local/crime-and-courts/boy-steals-car-in-st-ann-with-three-small-children/article_4f86ca2e-2f38-56e0-860d-c1c7d60fee71.html

https://www.stltoday.com/news/local/alleged-carjacker-of-amazon-van-charged-with-resisting-arrest-after/article_b6da8342-e909-5b84-8c7e-a1a2bbfb70c5.html

https://www.stltoday.com/news/local/crime-and-courts/man-shot-in-neck-in-carjacking-attempt-near-forest-park/article_4dd667b9-0a47-5a5b-9314-e604bfa6e865.html

https://www.stltoday.com/news/local/crime-and-courts/police-shoot-man-suspected-in-downtown-st-louis-carjacking/article_a03f0360-808c-50b6-8493-128ad544b340.html

https://www.stltoday.com/news/local/crime-and-courts/two-young-teens-accused-of-carjacking-couple-in-the-central/article_1dbe3cce-0132-5af5-9799-42f0bcf4cc53.html

https://www.stltoday.com/news/local/crime-and-courts/teen-convicted-of-raping-carjacking-victim-in-belleville-case/article_d1efe4cf-62e1-5f59-8292-ae85222b1b55.html

https://www.stltoday.com/news/local/crime-and-courts/st-louis-man-accused-of-june-killing-carjacking-of-laclede/article_b156d319-ccca-5459-98b0-5e0b638dbe99.html

https://www.stltoday.com/news/local/crime-and-courts/man-carjacked-in-front-of-his-north-county-home/article_aa8ea661-0d3d-5bb0-a5e2-11bf40b88544.html

https://www.stltoday.com/news/local/crime-and-courts/st-louis-man-gets-years-in-string-of-carjackings-using/article_e5d0ba21-b9fc-5180-8519-38c736713164.html

https://www.stltoday.com/news/national/mom-shoots-alleged-carjacker-with-kids-in-car/video_9f2ea783-936c-5eff-8970-dcd3b012d780.html

https://www.stltoday.com/news/local/crime-and-courts/st-louis-carjacker-gets-years-in-prison/article_70e9e3db-f5ac-5329-ba36-ac4c171a41c9.html

https://www.stltoday.com/news/local/crime-and-courts/carjackings-in-hours-st-louis-men-now-face-federal-charges/article_2b2bb1c9-f437-52fb-841c-9c4c0b08388a.html

https://www.stltoday.com/news/local/crime-and-courts/mother-killed-in-front-of-children-in-north-st-louis/collection_84cd8cd2-6a1d-5adc-a33a-6296f0f1375a.html

https://www.stltoday.com/news/local/crime-and-courts/he-saw-a-car-he-wanted-and-killed-a-st/article_380446b5-9328-5e6e-ab85-2be5d31786d0.html

https://www.stltoday.com/news/local/crime-and-courts/siblings-carjacking-scheme-takes-st-louis-salesman-on-a-ride/article_922c6147-dfcc-55ca-b8f6-88dda666611f.html

https://www.stltoday.com/news/local/crime-and-courts/mother-and--year-old-son-carjacked-at-gunpoint-in/article_0df173f9-7f95-5e82-8284-ed9fbbe417ee.html

https://www.stltoday.com/news/local/crime-and-courts/child-taken-in-carjacking-found-safe-by-st-louis-police/article_79526d79-31f8-5b0a-93b3-3023b0a4d4d4.html

https://www.stltoday.com/news/local/crime-and-courts/six-cars-involved-in-crash-at-end-of-police-chase/article_537e777d-b498-508a-b79c-ea2c25a7ef6f.html

https://www.stltoday.com/news/local/crime-and-courts/suspected-gang-leader-charged-in-carjacking-of-good-samaritan-in/article_3fb23f21-c94c-5561-8a32-b0ffd4f7c701.html

https://www.stltoday.com/news/local/crime-and-courts/st-louis-carjacker-gets-years-in-murder-of-visiting-grandfather/article_aea1d39a-867c-5299-ba0c-937aa91392bc.html

https://www.stltoday.com/news/local/crime-and-courts/man-carjacked-with-toy-gun-and-taken-to-several-banks/article_23d00c82-f04c-5cdf-a364-716bceec0bf1.html

https://www.stltoday.com/news/local/crime-and-courts/men-who-gave-st-louis-carjackers-a-gun-and-a/article_f88d61dd-d3e6-5d27-b53b-0419bf666ebb.html

https://www.stltoday.com/news/local/crime-and-courts/woman-carjacked-outside-west-county-center-mall-in-des-peres/article_98ca13ed-a453-5cbc-9e8e-369745b1c500.html

https://www.stltoday.com/news/local/crime-and-courts/people-shot-in-pair-of-carjackings-in-st-louis/article_6677d993-a101-56a4-90b1-9d8d88922a89.html

https://www.stltoday.com/news/local/crime-and-courts/st-louis-man-gets-years-for-robbery-of-missouri-lawmaker/article_2f858c1b-01fc-5f07-972b-e70f27ec3cb3.html

https://www.stltoday.com/news/local/crime-and-courts/police-recover-carjacked-vehicles-nab-suspects-in-south-st-louis/article_be237f4e-dcfc-526d-8b93-c49b8022996f.html

https://www.stltoday.com/news/local/crime-and-courts/carjacker-arrested-after-crashing-into-building-in-st-louis-county/article_b19289d1-1d12-54e7-8a60-e69885421817.html

https://www.stltoday.com/news/local/crime-and-courts/second-armed-carjacking-at-caseyville-motel-has-police-looking-for/article_83002c29-e08c-5efb-892b-1056c69d9198.html

https://www.stltoday.com/news/local/crime-and-courts/carjackings-on-the-rise-st-louis-st-louis-county-saw/article_663a108d-8ce3-556a-8979-69a79b8fc662.html

https://www.stltoday.com/news/local/crime-and-courts/carjacker-tapped-on-window-with-gun-and-demanded-woman-s/article_a720c770-c2de-5033-a8ee-7333a614c13a.html

https://www.stltoday.com/news/local/crime-and-courts/carjacking-suspect-who-fled-police-in-long-rush-hour-chase/article_6fb3bc2e-7885-53d9-97d4-a58211c144d1.html

https://www.stltoday.com/news/local/crime-and-courts/man-attacked-and-carjacked-by-gunman-at-mid-rivers-mall/article_b69be21e-231c-5175-a336-3a2efb97a490.html

https://www.stltoday.com/news/local/crime-and-courts/carjacking-suspect-charged-with-murder-for-crash-near-lambert-that/article_08581bb1-47b5-5a44-884a-a614e186c8b4.html

https://www.stltoday.com/news/local/crime-and-courts/downtown-st-louis-carjacker-who-shot-man-could-get-years/article_5a46b8c3-ec42-5a10-9622-ea9a2ed7ccab.html

https://www.stltoday.com/news/local/crime-and-courts/man-carjacked-in-parking-lot-of-toys-r-us-in/article_10490a27-fcd0-558d-81ef-6b048c5e2e15.html

https://www.stltoday.com/news/local/crime-and-courts/carjacking-suspect-shot-by-st-louis-police-now-charged-with/article_6aba706b-66fe-52e9-8c37-6fb4f9071fcb.html

https://www.stltoday.com/news/local/crime-and-courts/st-louis-police-identify-armed-teen-who-was-fatally-shot/article_11ba9ae4-e4b9-5771-9515-3267e5cbb897.html

https://www.stltoday.com/news/local/crime-and-courts/st-louis-police-identify-armed-teen-who-was-fatally-shot/article_11ba9ae4-e4b9-5771-9515-3267e5cbb897.html

https://www.stltoday.com/news/local/crime-and-courts/a-maryland-heights-woman-stopped-to-help-a-cat-then/article_6ada5435-8dac-5341-b300-f0169c2a37f9.html

https://www.stltoday.com/news/local/crime-and-courts/lockdown-ends-at-st-louis-county-middle-school-after-attempted/article_8fdb3c22-aa01-5d4e-bf6b-e9de9d6ecc29.html

https://www.stltoday.com/news/local/crime-and-courts/armed-men-rob-carjack-pizza-delivery-driver-in-north-st/article_58c787d9-79ab-5113-afe7-7fce0f67424a.html

https://www.stltoday.com/news/local/crime-and-courts/indicted-in-fatal-carjacking-of-de-smet-football-coach-string/article_4e351109-84b7-521d-b128-ab48b7f41e15.html

https://www.stltoday.com/news/local/crime-and-courts/woman-struggles-with-carjacker-outside-missouri-history-museum-in-forest/article_24273cca-c0bc-5d7d-ac60-0c1c2f91114f.html

https://www.stltoday.com/news/local/crime-and-courts/st-louis-county-man-arrested-after-chase-in-stolen-car/article_47a6b1eb-dcc0-5168-b2d5-b422d09c3930.html

https://www.stltoday.com/news/local/crime-and-courts/police-chase-of-teenage-ferguson-carjacking-suspect-ends-in-crash/article_6ea3da81-1b56-5779-aa2e-e35012ec5b8e.html

https://www.stltoday.com/news/local/crime-and-courts/separate-shootings-including-attempted-carjacking-leave-injured-in-st-louis/article_19f6c0d5-215c-5968-955b-edddd4616e5b.html

https://www.stltoday.com/news/local/crime-and-courts/separate-shootings-including-attempted-carjacking-leave-injured-in-st-louis/article_19f6c0d5-215c-5968-955b-edddd4616e5b.html

https://www.stltoday.com/news/local/crime-and-courts/carjacking-suspects-crash-during-police-chase-through-metro-east/article_ccc3b310-89d3-52e9-86a8-e3a3e5e132ff.html

https://www.stltoday.com/news/local/crime-and-courts/for-nd-time-this-week-armed-carjacker-crashes-after-police/article_92e72362-74c8-55c4-9736-876f28e5fe1a.html

https://www.stltoday.com/news/local/crime-and-courts/man-gets-years-in-prison-for-lafayette-square-carjacking/article_d6621f4b-6aa7-55ef-8ab1-7d6cdf31cffa.html

https://www.stltoday.com/news/local/crime-and-courts/three-juveniles-in-stolen-car-badly-hurt-in-crash-st/article_f69a6b5e-b87c-59cf-9ecd-3ea7a3a4330a.html

https://www.stltoday.com/news/local/illinois/teen-tries-to-steal-car-from-chicago-firefighter-who-opens/article_73e73e08-c193-5aac-b8cd-c6a5543d7f5d.html

https://www.stltoday.com/news/local/crime-and-courts/berkeley-man-charged-in-belleville-area-carjacking-that-initiated-high/article_6deee766-37f7-5824-aa48-282bd3662639.html

https://www.stltoday.com/news/local/crime-and-courts/woman-wrestles-shotgun-away-from-robber-during-maplewood-carjacking/article_5b1b5cf6-21c1-516b-acdd-591627580133.html

https://www.stltoday.com/news/local/crime-and-courts/do-you-recognize-these-delmar-loop-carjacking-suspects/article_fea13c30-c0c1-5ea4-8d6f-80cc2109a5fe.html

https://www.stltoday.com/news/local/crime-and-courts/barnes-jewish-hospital-worker-carjacked-in-parking-garage-at-medical/article_ae64ecc9-6071-58b2-b63d-2511daea63b8.html

https://www.stltoday.com/news/local/crime-and-courts/armed-carjacker-strikes-in-st-louis-police-say/article_bf63779f-7620-506d-92dc-07fdad8070d1.html

https://www.stltoday.com/news/local/crime-and-courts/two-men-charged-in-carjacking-after-short-chase-in-st/article_0cb9cad6-417f-5f2e-a654-4f320d6936f8.html

https://www.stltoday.com/news/local/crime-and-courts/teen-charged-in-deadly-tower-grove-south-carjacking/article_d18695d7-8933-5a1b-aca5-e76e01d9805a.html

https://www.stltoday.com/news/local/crime-and-courts/would-be-robber-shot-in-hold-up-last-week-in/article_c808d377-b3a8-56ae-8a71-794a67b546dd.html

https://www.stltoday.com/news/local/crime-and-courts/man-admits-two-downtown-st-louis-carjackings-in/article_d0a09f8a-6386-54c2-ba24-671e0d9b878a.html

https://www.stltoday.com/news/local/crime-and-courts/lafayette-square-carjacking-leads-to-chase-and-crash-police-say/article_99d81fa8-b05d-5386-8c91-d6c1f7155cb2.html

https://www.stltoday.com/news/local/crime-and-courts/belleville-police-arrest-two-suspects-in-carjacking-at-metrolink-station/article_52242e7a-9291-5cf9-addb-83a70723ec51.html

KSDK News Station

https://www.ksdk.com/article/news/crime/teen-suspected-in-carjacking-taken-into-custody/63-b9c7f8c2-e641-4772-ac27-17b564ce0476

https://www.ksdk.com/article/news/crime/3-teens-arrested-in-old-north-st-louis-carjacking/63-5f70556f-344d-4a9b-b0fb-5a0c27594ec4

https://www.ksdk.com/article/news/local/man-in-serious-condition-after-carjacker-shoots-him-in-benton-park-west/63-7272230a-7ba7-472a-9d57-b57566330974

https://www.ksdk.com/article/news/local/carjacking-suspect-fatally-shot-by-4-officers-after-he-shot-at-them-in-the-parking-lot-of-a-north-st-louis-schnucks/63-0ab3462d-9615-41d0-a5d3-8f6de15a7159

https://www.ksdk.com/video/news/crime/police-investigating-after-police-shoot-carjacking-suspect/63-a786b797-b6f3-424e-a356-006cfc2077f1

https://www.ksdk.com/video/news/crime/police-investigating-after-police-shoot-carjacking-suspect/63-0b145934-f5b7-4cc3-a8c1-5b96704fbc45

https://www.ksdk.com/article/news/21-year-old-man-charged-in-double-homicide-in-kinloch/63-ce23d3ca-3390-471e-b556-bdb0820014a5

https://www.ksdk.com/article/news/local/carjackers-target-woman-by-crashing-into-her-car-at-stop-sign/63-6bcd6136-afc9-4dcf-b78d-207bc6460d3a

https://www.ksdk.com/article/news/there-were-350-carjackings-in-st-louis-in-2018-these-are-the-neighborhoods-with-the-most/63-741f3153-7adc-4e91-9000-ac5b5d544497

https://www.ksdk.com/article/news/crime/4-arrested-following-town-and-country-carjacking/63-5892d699-e5f2-42d2-9538-2fe7cfd6c290

https://www.ksdk.com/video/news/local/several-people-arrested-in-town-and-country-carjacking/63-43de28ba-6a8d-4b73-94a9-1e515d0b00c1

https://www.ksdk.com/article/news/crime/thieves-reached-into-womans-pockets-to-rob-her-police-say/63-4da3752a-3827-470d-9bb3-9b7c2531fae8

https://www.ksdk.com/video/news/crime/carjacker-steals-mercedes-outside-town-and-country-home/63-3b16a6e1-1ad9-4dbc-8473-71e3d87d29e4

https://www.ksdk.com/article/news/crime/pizza-driver-carjacked-3-taken-into-custody-after-crash-in-cahokia/63-e654c87a-168b-4448-b118-29f8f25d3796

KMOV4 News Station

https://www.kmov.com/video-carjacking-with-kids-in-tow/video_42ea2d7e-2618-5bc7-8bd5-cb36828d88b3.html

https://www.kmov.com/carjacking-surveillance-video/video_16756385-ae21-5c8d-910e-40d8be6a4727.html

https://www.kmov.com/news/belleville-police-investigating-carjacking/article_9d6c0a3c-0daf-5219-8cc6-baf70c1a1659.html

https://www.kmov.com/news/elderly-woman-carjacked-in-godfrey/video_145c29d7-b00e-57f2-bfca-e0f4807bbd28.html

https://www.kmov.com/news/woman-robbed-carjacked-in-soulard/video_64b70c27-9936-59ff-8171-201eadd194fc.html

https://www.kmov.com/carjacking-at-burger-king-in-maryland-heights/video_0abef5d4-82c1-587d-a486-a44e58855604.html

https://www.kmov.com/news/arrested-following-soulard-carjacking/article_38581e6e-bd90-11e8-9643-db9d54b7f6ba.html

https://www.kmov.com/news/couple-s-car-stolen-in-overnight-carjacking/article_97e77632-b853-11e8-852f-03c709292fcb.html

https://www.kmov.com/news/woman-carjacked-at-taco-bell-in-pevely/video_b5b56821-b838-5540-bfb5-4e6b274d0d32.html

https://www.kmov.com/news/man-charged-in-west-alton-carjacking/video_6a58a6de-f037-5ecf-82a9-2ee5f3123e4a.html

https://www.kmov.com/news/carjackings-on-the-rise-in-the-city-of-st-louis/video_2d8b6168-200a-5aa5-9d7d-1b0e865da6d6.html

https://www.kmov.com/news/victim-describes-attempted-carjacking-in-crestwood/article_1a6e7d8f-8332-5f1c-81c6-27c6b621ce03.html

https://www.kmov.com/news/police-investigating-another-carjacking-in-maplewood/video_abd4d911-f62f-5512-9075-69873a77ae05.html

Fox2Now

https://fox2now.com/2017/12/12/south-st-louis-carjacking-victim-sends-community-safety-message/

https://fox2now.com/2017/11/15/trio-indicted-for-carjacking-murder-of-desmet-football-coach/

https://fox2now.com/2017/11/13/suspected-shoplifter-arrested-after-fleeing-police-attempting-carjacking/

https://fox2now.com/2017/11/13/suspected-shoplifter-arrested-after-fleeing-police-attempting-carjacking/

https://fox2now.com/2017/07/06/police-women-targeted-by-carjackers-in-south-st-louis/

https://fox2now.com/2018/12/17/two-dead-in-kinloch-carjacking-shooting/

https://fox2now.com/2018/09/28/bridgeton-woman-uses-app-to-find-her-stolen-car/

https://fox2now.com/2018/09/12/man-shot-and-killed-in-st-louis-carondelet-neighborhood/